**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/20**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cosmos Granite (Central), LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **FKA  Cosmos Granite and Marble Corp.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **41-2238289** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **c/o John A Northen** <br> **1414 Raleigh Rd., Suite 435** <br> **Chapel Hill, NC 27517** <br> Number, Street, City, State & ZIP Code | **PO Box 2208** <br> **Chapel Hill, NC 27515-2208** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Cosmos Granite (Central), LLC**

Name

Case number (if known)  _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4233__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|-------------|------|-------------|-------------|-------------|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | Relationship | _____ |
|--------|--------------------|--------------|-------------|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Cosmos Granite (Central), LLC**               Case number *(if known)* _____
Name

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

███   **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Cosmos Granite (Central), LLC**
      Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 23, 2020**
              MM / DD / YYYY

**X** **/s/ John A. Northen** _____
    Signature of authorized representative of debtor

**John A. Northen** _____
Printed name

Title    **Liquidating Trustee** _____

**18. Signature of attorney**

**X** **/s/ John A. Northen** _____
    Signature of attorney for debtor

Date   **July 23, 2020** _____
      MM / DD / YYYY

**John A. Northen**
Printed name

**Northen Blue, LLP**
Firm name

**PO Box 2208**
**Chapel Hill, NC 27515**
Number, Street, City, State & ZIP Code

Contact phone   **919-968-4441** _____

Email address _____

**6789 NC** _____
Bar number and State

Debtor    **Cosmos Granite (Central), LLC**
_____    Case number (*if known*) _____
Name

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA
_____

Case number (*if known*) _____    Chapter    **7**

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **CGM Group, LLC** | | Relationship to you | **Parent** |
| --- | --- | --- | --- | --- |
| District | **Middle District of North Carolina** | When | **7/23/20** | Case number, if known | |
| Debtor | **CGM Holdings, LLC** | | Relationship to you | **Affiliate** |
| District | **Middle District of North Carolina** | When | **7/23/20** | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name    **Cosmos Granite (Central), LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 23, 2020**    X **/s/ John A. Northen**
                          Signature of individual signing on behalf of debtor

                                    **John A. Northen**
                                    Printed name

                                    **Liquidating Trustee**
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Cosmos Granite (Central), LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*...................................................................................................   $   **0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*................................................................................................   $   **451,403.41**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..................................................................................................   $   **451,403.41**

---

**Part 2:**   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $   **1,201,785.27**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $   **141,768.23**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$   **1,543,659.99**

4.   **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b      $   **2,887,213.49**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cosmos Granite (Central), LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **SunTrust Bank** | **Northen Blue Trust Account-sale proceeds and closed accounts** | | **$426,403.41** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$426,403.41**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.  **Retainer held by ABTV Receivership Services, LLC; subject to setoff** | **$25,000.00** |
| --- | --- |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.   **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$25,000.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Cosmos Granite (Central), LLC**    Case number *(If known)* _____
_____
Name

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 2

| Debtor | **Cosmos Granite (Central), LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Claim vs River City Granite & Stone Works, LLC, et al, action in US District Court, Eastern District of Missouri; dismissed without prejudice**

| Nature of claim | on account | | Unknown |
|---|---|---|---|
| Amount requested | $338,493.87 | | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Claim vs Cosmos Central Corp**                                                     Unknown

| Nature of claim | claim for balance sheet adjustments, additional sums owed from sale of assets |
|---|---|
| Amount requested | $100,673.13 |

**Claim vs. Cosmos Central Corp**                                                    Unknown

| Nature of claim | indemnification from liabilities assumed but not paid, as part of sale of assets |
|---|---|
| Amount requested | $1,844,779.13 |

**Claims vs. Cosmos Central Corp., and Cosmos Granite (West), LLC**                             Unknown

| Nature of claim | indemnification from claims arising from leases assumed at closing of asset sale |
|---|---|
| Amount requested | $600,000.00 |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Potential Intercompany Receivables due from Affiliates that were not sold to Cosmos Central Corp.**                     Unknown

78. **Total of Part 11.**

| | $0.00 |
|---|---|

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Cosmos Granite (Central), LLC**                              Case number *(If known)* _____
          Name

☐ Yes

Debtor    **Cosmos Granite (Central), LLC**                                   Case number *(If known)* _____
　　　　　Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $426,403.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $451,403.41 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $451,403.41 |

Fill in this information to identify the case:

Debtor name **Cosmos Granite (Central), LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  ABTV Receivership Services, LLC**
Creditor's Name

**Attn: Edward Sanz**
**6100 Fairview Road, Suite 565**
**Charlotte, NC 28210**
Creditor's mailing address

**esanz@abtv.com**
Creditor's email address, if known

**Date debt was incurred**
**October 2019**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Retainer held by ABTV Receivership Services, LLC; subject to setoff**

Describe the lien
**possessory lien**
Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **Unknown**    Column B: **$25,000.00**

---

**2.2  Cosmos Central Corp.**
Creditor's Name

**8610 S. 212th Street**
**Kent, WA 98032**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**September 4, 2019**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**SunTrust Bank - Northen Blue Trust Account-sale proceeds and closed accounts**

Describe the lien
**setoff and recoupment from sale of assets**
Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$1,201,785.27**    Column B: **$426,403.41**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Cosmos Granite (Central), LLC**
_____
Name

Case number (if known) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
■ Unliquidated
■ Disputed

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,201,785.27 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Christopher W. Jones**<br>**Womble Bond Dickinson (US) LLP**<br>**555 Fayetteville Street, Ste. 1100**<br>**Raleigh, NC 27601** | Line __2.1__ | |
| **Clint Morse**<br>**Brooks Pierce**<br>**2000 Renaissance Plaza**<br>**230 North Elm St.**<br>**Greensboro, NC 27401** | Line __2.2__ | |

**Fill in this information to identify the case:**

Debtor name **Cosmos Granite (Central), LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Illinois Dept. of Revenue**<br>**Attn Seth J. Schriftman, Asst AG**<br>**100 W. Randolph St., 7th Floor**<br>**Chicago, IL 60601** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$141,768.23** | **$104,182.00** |
| | Date or dates debt was incurred<br>**4/1/2013 through 12/31/2015** | Basis for the claim:<br>**Sales taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**American Express**<br>**Attn:  Officer or Managing Agent**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-8000**<br>Date(s) debt was incurred **various**<br>Last 4 digits of account number **3005** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **credit card used for business expenses**<br>Is the claim subject to offset? ☑ No ☐ Yes | **$19,051.24** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Avalon Risk Management**<br>**Attn: Adriana Quesada**<br>**150 Northwest Point Blvd, 2nd Floor**<br>**Elk Grove Village, IL 60007**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | **$564.71** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    20666                    Best Case Bankruptcy

Debtor    **Cosmos Granite (Central), LLC**      Case number *(if known)* _____

   Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,068.23 |
|---|---|---|---|

**Bramagran Brasileiro Marm. Gran. Ltda**
**Attn: Officer or Managing Agent**
**Rod. Fued Nemer, S/N-Km07-Aracui**
**Cx.P. (PO Box) 121 Castelo Es 29360-000**
**BRAZIL**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **goods and materials**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,160.05 |
|---|---|---|---|

**Brasigran Granitos**
**Attn: Officer or Managing Agent**
**Rua 3B no. 115, Civit II,**
**Serra/ES Brasil, CEP 29168-069**
**BRAZIL**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **goods and materials**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,678.98 |
|---|---|---|---|

**Celtic Cartage**
**Attn: Officer or Managing Agent**
**11260 Southwest Highway**
**Palos Hills, IL 60465**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **shipping**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114,601.44 |
|---|---|---|---|

**CGM Group, LLC**
**c/o John A. Northen, Receiver**
**PO Box 2208**
**Chapel Hill, NC 27515**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Intercompany payable**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CGM Holdings, LLC**
**c/o John A. Northen, Receiver**
**PO Box 2208**
**Chapel Hill, NC 27515**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $752.64 |
|---|---|---|---|

**Comcast Cable Central**
**c/o McCarthy Burgesws & Wolfe**
**26000 Cannon Rd.**
**Cleveland, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  **3229**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118.11 |
|---|---|---|---|

**Corporation Service Company**
**Attn: Managing Agent**
**251 Little Falls Drive**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **registered agent for Cosmos Granite (Central), LLC**

Last 4 digits of account number  **5432**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Cosmos Granite (Central), LLC**
         _____                Case number *(if known)* _____
         Name

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cosmos Central Corp.**
**Attn: Hari Hara Prasad Nallapaty**
**8610 S. 212th Street**
**Kent, WA 98032**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cosmos Granite (DC), LLC**
**c/o Vamsi Mohan Nallapati**
**3900-B Stonecroft Blvd**
**Chantilly, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cosmos Granite (East), LLC**
**c/o Vamsi Mohan Nallapati**
**501 S. New Hope Rd**
**Raleigh, NC 27610-1479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cosmos Granite (West), LLC**
**c/o Harihara Prasad Nallapaty**
**8610 S 212th Street**
**Kent, WA 98031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,834.93** |

**Cosmos Granite TX**
**Attn:  Officer or Managing Agent**
**2244 Luna Rd**
**Suite 100**
**Carrollton, TX 75006**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **goods and materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,814.37** |

**COSMOS_ATL (V)**
**Attn:  Officer or Managing Agent**
**6582 Peachtree Industrial Blvd**
**Norcross, GA 30071**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **goods and materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$767.00** |

**D & J Trucking**
**Attn:  Officer or Managing Agent**
**PO Box 22034**
**St Louis, MO 63126**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **shipping**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Cosmos Granite (Central), LLC**                    Case number (if known) _____

_____
Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Deepa Pathuri**
**1211 Blue Bill Way**
**Normal, IL 61761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,017.92** |
|---|---|---|---|

**Esprit Stones Pvt Ltd**
**Attn:  Officer or Managing Agent**
**SP1, Udyog Vihar, Sukher Industrial Area**
**Udaipur, Rajasthan, 313004**
**INDIA**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **goods and materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,295.29** |
|---|---|---|---|

**Euro CKP Granito Natural**
**Attn:  Officer or Managing Agent**
**Poligono Industrial de Ribadelouro Tui**
**Pontevedra Espana**
**SPAIN**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **goods and materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600,000.00** |
|---|---|---|---|

**GAP VII GB (St. Louis), LLC**
**Attn: Barry P. Marcus**
**c/o Greenfield Partners, LLC**
**2 Post Road West**
**Westport, CT 06880**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **lease for premises in St. Louis, MO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,151.08** |
|---|---|---|---|

**Global Stone**
**Attn:  Officer or Managing Agent**
**1-Sardar Sankar Road**
**Kolkata-700026 West Bengal**
**INDIA**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **goods and materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,072.86** |
|---|---|---|---|

**Granitos Tena**
**Attn:  Officer or Managing Agent**
**C/Zurbaran, 80-S/N Apartado De Correos 3**
**06450 Quintana de la Serena (Badajoz)**
**Espana**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **goods and materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Cosmos Granite (Central), LLC**

Name

Case number (if known) _____

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,115.00 |
|---|---|---|---|

**GTS Cargo**
Attn: Officer or Managing Agent
6324 NW 97th Ave
Doral, Fl 33178

Date(s) debt was incurred **various**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **containers**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**GUANGZHOU HERCULES QUARTZ STONE CO., LTD**
Attn: Officer or Managing Agent
Wuxi Zhongluotan Town, Baiyun District
Guangzhou City Guangdong Province
510550
CHINA

Date(s) debt was incurred **various**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods and materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,658.76 |
|---|---|---|---|

**Guidoni Mineracao Ltda**
Attn: Officer or Managing Agent
Rodovia do Caf , Km 48 - Zona Rural
Sao Domingos do Norte ES 29745-000
BRAZIL

Date(s) debt was incurred **various**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods and materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,459.54 |
|---|---|---|---|

**Guidoni Quartz Surfaces**
Attn: Officer or Managing Agent
Rodovia Gehter Lopes de Farias, S/N-Km 4
Sao Domingos do Norte ES 29745-000
BRAZIL

Date(s) debt was incurred **various**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods and materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hari Hara Prasad Nallapaty**
8610 S 212th Street
Kent, WA 98031

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,260.13 |
|---|---|---|---|

**Interglobo Customs Broker Inc**
Attn: Officer or Managing Agent
4 Expressway Plaza
Roslyn Heights, NY 11577

Date(s) debt was incurred **various**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **import charges**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

Debtor   **Cosmos Granite (Central), LLC**                                   Case number *(if known)* _____

Name

| | |
|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Justh Holdings, LLC**
**Attn: Hari Hara Prasad Nallapaty**
**8610 S 212th Street**
**Kent, WA 98031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Jyothi Granite Exports India Pvt Ltd**
**Attn:  Officer or Managing Agent**
**Saravana Complex, 3rd Fl, Door #37-2-172**
**Kurnool Road, Ongole, Prakasam District,**
**INDIA**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$20,982.71**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Karen Kukulski & Thomas Kukulski**
**720 N. Loomis St.**
**Naperville, IL 60563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$50,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **civil action for defective product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Lewis Rice LLC**
**Attn:  Officer or Managing Agent**
**600 Washington Ave #2500**
**St Louis, IL 60191**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$28,452.38**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **legal services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Madhucon**
**Attn:  Officer or Managing Agent**
**1-7-70,madhu Complex**
**Jublipura KHAMMAM-507 003. Andhra**
**Prades**
**INDIA**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$5,633.01**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Marbrasa Marmores E Granitos Do Brasil**
**Attn:  Officer or Managing Agent**
**Parque Ind. Melvin Jones S/N - Aeroporto**
**Cachoeiro de Itapemirim ES 29314-400**
**BRAZIL**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$11,342.18**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Cosmos Granite (Central), LLC** |
| | Name |

Case number (if known) _____

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,070.33** |
|---|---|---|---|

**Milgran Granitos**
**Attn:  Officer or Managing Agent**
**Corrego Boa Esperanca - Zona Rural**
**Barra de Sao Francisco ES 29800-0000**
**BRAZIL**

Date(s) debt was incurred **various**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods and materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NSC Holdings, Inc.**
**c/o Chris Graebe**
**4350 Lassiter at North Hills Ave.**
**Suite 375**
**Raleigh, NC 27609**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NVM Holdings, Inc.**
**c/o Vamsi Mohan Nallapati**
**501 S New Hope Rd**
**Raleigh, NC 27610-1479**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,655.91** |
|---|---|---|---|

**PBA Stones**
**Attn:  Officer or Managing Agent**
**Rod. BR 101 Norte, Km 245, Calogi-**
**Serra ES 29.176-015**
**BRAZIL**

Date(s) debt was incurred **various**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods and materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Prologis-North Carolina Limited Partners**
**Attn: Jeff Folkmann, SVP**
**6250 N. River Road**
**Suite 1100**
**Rosemont, IL 60018**

Date(s) debt was incurred **various**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease for Chicago premises, assumed by Cosmos Central Corp**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,921.28** |
|---|---|---|---|

**Qualita Granitos E Marmores Ltda**
**Attn:  Officer or Managing Agent**
**Rodovia BR 101 Norte, KM 283**
**Nova Rosa da Penha Cariacica ES 29157-40**
**BRAZIL**

Date(s) debt was incurred **various**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods and materials**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Cosmos Granite (Central), LLC**      Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.41 | |

**Nonpriority creditor's name and mailing address**
Rare Rocks
Attn:  Officer or Managing Agent
D.NO-5-117 Kotakotla vari Street, Chimak
Prakasham Dist, Andhra Pradesh, 0523226
INDIA

Date(s) debt was incurred  **various**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*      **$10,413.35**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and materials**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.42 | |

**Nonpriority creditor's name and mailing address**
RSG Stones
Attn:  Officer or Managing Agent
B-25 Dev Nagar Tonk Road
Jaipur 302015
INDIA

Date(s) debt was incurred  **various**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*      **$68,570.07**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and materials**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.43 | |

**Nonpriority creditor's name and mailing address**
Shree Ram Granites
Attn:  Officer or Managing Agent
208, "Windfall" Sahar Plaza Complex, And
Andheri East, Mumbai 400 059
INDIA

Date(s) debt was incurred  **various**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*      **$24,449.73**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and materials**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.44 | |

**Nonpriority creditor's name and mailing address**
SimbraEx Marmores
Attn:  Officer or Managing Agent
Rodovia do Contorno s/n Soturno
Cachoeiro de Itapemirim ES
BRAZIL

Date(s) debt was incurred  **various**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*      **$8,181.30**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and materials**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.45 | |

**Nonpriority creditor's name and mailing address**
Sprint
Attn: Box 481
2012 Corporate Lane, Suite 108
Naperville, IL 60563

Date(s) debt was incurred  _
Last 4 digits of account number  **5140**

As of the petition filing date, the claim is: *Check all that apply.*      **$3,396.84**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.46 | |

**Nonpriority creditor's name and mailing address**
Sreekanth Manam
340 Summerset Lane
Atlanta, GA 30328

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Cosmos Granite (Central), LLC**
Name

Case number (if known) _____

| | |
|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** |

**Sri Chakri Nallapati**
**c/o Chris Graebe**
**4350 Lassiter at North Hills Ave**
**Suite 375**
**Raleigh, NC 27609**

Date(s) debt was incurred __January-March 2019__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **$81,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __funds advanced__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** |

**Srinivasa Challapalli**
**22656 Philomont Ridge Court**
**Ashburn, VA 20148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** |

**Stieper Law Offices, Ltd.**
**Attn: David Stieper**
**2500 West Higgins Rd., Suite 1200**
**Hoffman Estates, IL 60169-7243**

Date(s) debt was incurred __October 2019__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **$1,283.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __legal services__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** |

**Stone Profit Systems, Inc.**
**Attn: Accounting**
**1629 N. Ashland Ave**
**Chicago, IL 60622**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **$720.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** |

**Swift Freight USA**
**Attn:  Officer or Managing Agent**
**523 Green Street**
**Iselin, NJ 08830**

Date(s) debt was incurred __various__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **$30,890.41**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __shipping__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** |

**Toledo Granitos Do Brasil Ltda**
**Attn:  Officer or Managing Agent**
**Rod. Barra de Sao Francisco x**
**Matena, KM 4,5 29800-000**
**BRAZIL**

Date(s) debt was incurred __various__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **$34,917.19**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods and materials__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** |

**Tranzact Technologies, Inc.**
**Attn:  Officer or Managing Agent**
**360 W. Butterfield Rd.**
**Elmhurst, IL 60126**

Date(s) debt was incurred __various__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **$58,530.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Cosmos Granite (Central), LLC**
_____
Name

Case number *(if known)* _____

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Vamsi M. Nallapati**
**501 S New Hope Rd**
**Raleigh, NC 27610-1479**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Venkateswara Rao Are**
**5724 Matterhorn Drive**
**Frisco, TX 75035**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,808.02** |

**Vivid Cosmos Granite, LLC**
**Attn:  Officer or Managing Agent**
**1440 Westinghouse Blvd.**
**Suite G**
**Charlotte, NC 28273**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim:  **goods or materials; subject to offset for alleged removal of assets sold to Cosmos Central Corp.**

Is the claim subject to offset? ☐ No ■ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alan Parry**<br>**100 Europa Drive, Suite 351**<br>**Chapel Hill, NC 27517** | Line  **3.54**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **Alan Parry**<br>**100 Europa Drive, Suite 351**<br>**Chapel Hill, NC 27517** | Line  **3.37**<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | **Alan Parry**<br>**100 Europa Drive, Suite 351**<br>**Chapel Hill, NC 27517** | Line  **3.12**<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | **Alan Parry**<br>**100 Europa Drive, Suite 351**<br>**Chapel Hill, NC 27517** | Line  **3.11**<br><br>☐  Not listed. Explain ____ | _ |
| 4.5 | **Austin McMullen**<br>**Bradley Arant Boult Cummings**<br>**1600 Division St., Suite 700**<br>**Nashville, TN 37203** | Line  **3.20**<br><br>☐  Not listed. Explain ____ | _ |
| 4.6 | **Chris Graebe**<br>**4350 Lassiter at North Hills Ave**<br>**Suite 375**<br>**Raleigh, NC 27609** | Line  **3.47**<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | Cosmos Granite (Central), LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Chris Graebe**<br>**4350 Lassiter at North Hills Ave**<br>**Suite 375**<br>**Raleigh, NC 27609** | Line __3.36__<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Clint Morse**<br>**Brooks Pierce**<br>**2000 Renaissance Plaza**<br>**230 North Elm St.**<br>**Greensboro, NC 27401** | Line __3.29__<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Clint Morse**<br>**Brooks Pierce**<br>**2000 Renaissance Plaza**<br>**230 North Elm St.**<br>**Greensboro, NC 27401** | Line __3.27__<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Clint Morse**<br>**Brooks Pierce**<br>**2000 Renaissance Plaza**<br>**230 North Elm St.**<br>**Greensboro, NC 27401** | Line __3.13__<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Clint Morse**<br>**Brooks Pierce**<br>**2000 Renaissance Plaza**<br>**230 North Elm St.**<br>**Greensboro, NC 27401** | Line __3.10__<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **David J. Dale**<br>**Staub Anderson LLC**<br>**55 W. Monroe St., Suite 1925**<br>**Chicago, IL 60603** | Line __3.53__<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Illinois Dept. of Revenue**<br>**Attn: Bankruptcy Unit**<br>**PO Box 19035**<br>**Springfield, IL 62794-9035** | Line __2.1__<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **J. Matthew Pfeiffer**<br>**Pfeiffer Law Offices**<br>**1725 S. Naperville Rd., Suite 205**<br>**Wheaton, IL 60189** | Line __3.31__<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Joseph M. Lischwe**<br>**Nelson Mullins Riley & Scarborough**<br>**4140 Parklake Ave., Suite 200**<br>**Raleigh, NC 27612** | Line __3.39__<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Richard A. Mitchell**<br>**Arnall Golden Gregory LLP**<br>**171 17th St., NW**<br>**Suite 2100**<br>**Atlanta, GA 30363** | Line __3.46__<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 141,768.23 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,543,659.99 |

Debtor    **Cosmos Granite (Central), LLC**                              Case number (if known)
_____                       _____
            Name

**5c. Total of Parts 1 and 2**                                          5c.   $ _____ 1,685,428.22
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name      **Cosmos Granite (Central), LLC**

United States Bankruptcy Court for the:      MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **Lease for premises in Overland, Missouri** | |
| State the term remaining **37 months** | **GAP VII GB (St. Louis), LLC Attn: Barry P. Marcus c/o Greenfield Partners, LLC 2 Post Road West Westport, CT 06880** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  **Cosmos Granite (Central), LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | **ABTV Receivership Services, LLC** | **Attn: Edward Sanz**<br>**6100 Fairview Road, Suite 565**<br>**Charlotte, NC 28210** | **Cosmos Central Corp.** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **John J. Fioretti** | **ABTV Receivership Services, LLC**<br>**6100 Fairview Road, Suite 565**<br>**Charlotte, NC 28210** | **Cosmos Central Corp.** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Patrick D. Leonard** | **252 N. Myrtle**<br>**Elmhurst, IL 60126** | **Cosmos Central Corp.** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Sri Chakri Nallapati** | **c/o Chris Graebe**<br>**4350 Lassiter at North Hills Ave**<br>**Suite 375**<br>**Raleigh, NC 27609** | **Cosmos Central Corp.** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Cosmos Granite (Central), LLC** _____          Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.5 | **Sri Chakri Nallapati** | **c/o Chris Graebe** **4350 Lassiter at North Hills Ave** **Suite 375** **Raleigh, NC 27609** | **American Express** | ☐ D _____ ■ E/F  **3.1** ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Cosmos Granite (Central), LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **Unknown** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **Unknown** |
| **For the fiscal year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **Unknown** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Cosmos Granite (Central), LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    unknown | records not readily available | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.    see attached exhibit 3 | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Sri Chakri Nallapati**<br>**c/o Chris Graebe**<br>**4350 Lassiter at North Hills Ave**<br>**Suite 375**<br>**Raleigh, NC 27609**<br>**Former President** | 1/3/19<br>$100,000<br>2/12/19<br>$100,000<br>2/26/19<br>$100,000<br>7/12/19<br>$25,000 | $325,000.00 | **Repayments of funds advanced:** |
| 4.2.    **Unknown** | records not immediately available | **Unknown** | |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Cosmos Granite (Central), LLC**                                            Case number *(if known)*

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Tranzact Technologies, Inc., d/b/a Capacity and Service Solutions, vs. Cosmos Granite (Central), LLC**<br>**2019-L-000004** | **Civil action for money owed for shipping, consent judgment entered March 11, 2020** | **Circuit Court, 18th Judicial Circuit**<br>**PO Box 707**<br>**Wheaton, IL 60187-0707** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Karen Kukulski & Thomas Kukulski vs Cosmos Granite & Marble Corp., and Midwest Stone Sales, Inc.**<br>**18-L-802** | **Civil action for defective product** | **Circuit Court, 18th Judicial Circuit**<br>**PO Box 707**<br>**Wheaton, IL 60187-0707** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Cosmos Granite (Central), LLC vs River City Granite & Stone Works, LLC, et al**<br>**4:18-CV-1002-CDP** | **Civil action to recover moneys owed for goods sold, dismissed without prejudice** | **US District Court, Eastern District, MO**<br>**111 South 10th St.**<br>**Saint Louis, MO 63102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Vamsi M. Nallapati, et al, vs CGM Group, LLC, et al**<br>**18-cv-3557** | **Dissolution and liquidation of defendants; enforcement of settlement agreement** | **Superior Court - Wake County**<br>**PO Box 989**<br>**Raleigh, NC 27602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Cosmos Central Corp. v. ABTV Receivership Services, LLC, et al**<br>**19 CVS 14948** | **Breach of contract, fraud, other claims** | **Wake County Superior Court**<br>**PO Box 989**<br>**Raleigh, NC 27602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **John A. Northen**<br>**Northen Blue LLP**<br>**PO Box 2208**<br>**Chapel Hill, NC 27515** | **Receiver for CGM Group, LLC, which owns 100% of the equity interest of the Debtor, acts as Liquidating Trustee for Debtor and sold substantially all assets pursuant to orders of the Superior Court, Wake County, NC** | **Unknown** |
| | Case title<br>**Vamsi M. Nallapati vs CGM Group LLC**<br>Case number<br>**18-cv-3557**<br>Date of order or assignment | Court name and address<br>**Superior Court - Wake County**<br>**PO Bopx 989**<br>**Raleigh, NC 27602** |

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Debtor    **Cosmos Granite (Central), LLC**                          Case number *(if known)*

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | | | |
| John A. Northen<br>Northen Blue, LLP<br>PO Box 2208<br>Chapel Hill, NC 27515-2208 | | Various, included in fees approved by Business Court | Unknown |
| Email or website address<br>jan@nbfirm.com | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **Cosmos Granite (Central), LLC**                                Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **Cosmos Central Corp. 8610 S. 212th Street Kent, WA 98032** | **Substantially all assets sold pursuant to auction and approval by NC Business Court, for cash of $3,450,547 and assumption of liabilities of approx. $2,516,444, subject to certain adjustments.** | **Sept 4, 2019** | **Unknown** |
| | Relationship to debtor | | | |

---

| Part 7: | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **811 Lively Boulevard Wood Dale, IL 60191** | **June 2007 to Sept 2019** |
| 14.2. | **2001 Innerbelt Business Center Drive Overland, MO 63114** | **June 2017 to Sept 2019** |

| Part 8: | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Cosmos Granite (Central), LLC**                                    Case number *(if known)*

---

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America<br>Attn: Peter G. Meek<br>100 N. Tryon St<br>NC1-007-31-05<br>Charlotte, NC 28255-0001** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 9/25/19 | $145,246.20 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Cosmos Granite (Central), LLC**                                    Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Pat Leonard** **252 N. Myrtle** **Elmhurst, IL 60126** | **2017-2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Pat Leonard** **252 N. Myrtle** **Elmhurst, IL 60126** | **2017-2019** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor    **Cosmos Granite (Central), LLC**                              Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **John A. Northen**<br>**Northen Blue LLP**<br>**PO Box 2208**<br>**Chapel Hill, NC 27515** | **Electronic access to Debtor's records** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Bank of America**<br>**Attn: Peter G. Meek**<br>**100 N. Tryon St**<br>**NC1-007-31-05**<br>**Charlotte, NC 28255-0001** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ☐ No
   ■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | | unknown | unknown |

| Name and address of the person who has possession of inventory records |
|---|
| **Pat Leonard**<br>**252 N. Myrtle**<br>**Elmhurst, IL 60126** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **ABTV Receivership Services, LLC** | **Attn: Edward Sanz**<br>**6100 Fairview Road, Suite 565**<br>**Charlotte, NC 28210** | **Interim Manager, terminated 11/25/19** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☐ No
   ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Sri Chakri Nallapati** | **811 Lively Blvd.**<br>**Wood Dale, IL 60191** | **President** | |

Debtor    **Cosmos Granite (Central), LLC**                              Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Patrick D. Leonard** | **252 N. Myrtle**<br>**Elmhurst, IL 60126** | **CFO** | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See response to SOFA 4** | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **CGM Group LLC** | **EIN:    47-2563759** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 23, 2020

**/s/ John A. Northen**                                    **John A. Northen**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Liquidating Trustee**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Cosmos Granite (Central), LLC**                      Case No. _____

                                       Debtor(s)                      Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | | |
|---|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Analysis of financial situation, and rendering of advice and assistance to client in determining if a petition should be filed under Title 11 of the US Code. Preparation and filing of the petition, schedules and statement of affairs and other documents required by the court, including any amendments to the schedules. Represenation at the meeting of creditors; to the extent reasonable representation in core matters of the case, including motions to avoid non-purchase money security interests and judicial liens, reaffirmation agreements, redemption actions, motions for stay relief and most contested matters. Unless otherwise stated fee paid by client includes filing fees.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Adversary proceedings.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   **July 23, 2020** _____            **/s/ John A. Northen** _____
   *Date*                                           **John A. Northen**
                                                  *Signature of Attorney*
                                                  **Northen Blue, LLP**
                                                  **PO Box 2208**
                                                  **Chapel Hill, NC 27515**
                                                  **919-968-4441   Fax: 919-942-6603**
                                                  *Name of law firm*

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Cosmos Granite (Central), LLC**           Case No.

                                     Debtor(s)         Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Liquidating Trustee of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 23, 2020**                      **/s/ John A. Northen**

                                              **John A. Northen**/**Liquidating Trustee**
                                                Signer/Title

ABTV Receivership Services, LLC
Attn: Edward Sanz
6100 Fairview Road, Suite 565
Charlotte, NC 28210


Alan Parry
100 Europa Drive, Suite 351
Chapel Hill, NC 27517


American Express
Attn:  Officer or Managing Agent
PO Box 0001
Los Angeles, CA 90096-8000


Austin McMullen
Bradley Arant Boult Cummings
1600 Division St., Suite 700
Nashville, TN 37203


Avalon Risk Management
Attn: Adriana Quesada
150 Northwest Point Blvd, 2nd Floor
Elk Grove Village, IL 60007


Bramagran Brasileiro Marm. Gran. Ltda
Attn:  Officer or Managing Agent
Rod. Fued Nemer, S/N-Km07-Aracui
Cx.P. (PO Box) 121 Castelo Es 29360-000
BRAZIL


Brasigran Granitos
Attn:  Officer or Managing Agent
Rua 3B no. 115, Civit II,
Serra/ES Brasil, CEP 29168-069
BRAZIL


Celtic Cartage
Attn:  Officer or Managing Agent
11260 Southwest Highway
Palos Hills, IL 60465


CGM Group, LLC
c/o John A. Northen, Receiver
PO Box 2208
Chapel Hill, NC 27515

CGM Holdings, LLC
c/o John A. Northen, Receiver
PO Box 2208
Chapel Hill, NC 27515


Chris Graebe
4350 Lassiter at North Hills Ave
Suite 375
Raleigh, NC 27609


Christopher W. Jones
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Ste. 1100
Raleigh, NC 27601


Clint Morse
Brooks Pierce
2000 Renaissance Plaza
230 North Elm St.
Greensboro, NC 27401


Comcast Cable Central
c/o McCarthy Burgesws & Wolfe
26000 Cannon Rd.
Cleveland, OH 44146


Corporation Service Company
Attn: Managing Agent
251 Little Falls Drive
Wilmington, DE 19808


Cosmos Central Corp.
Attn: Hari Hara Prasad Nallapaty
8610 S. 212th Street
Kent, WA 98032


Cosmos Granite (DC), LLC
c/o Vamsi Mohan Nallapati
3900-B Stonecroft Blvd
Chantilly, VA 20151


Cosmos Granite (East), LLC
c/o Vamsi Mohan Nallapati
501 S. New Hope Rd
Raleigh, NC 27610-1479

Cosmos Granite (West), LLC
c/o Harihara Prasad Nallapaty
8610 S 212th Street
Kent, WA 98031


Cosmos Granite TX
Attn: Officer or Managing Agent
2244 Luna Rd
Suite 100
Carrollton, TX 75006


COSMOS_ATL (V)
Attn: Officer or Managing Agent
6582 Peachtree Industrial Blvd
Norcross, GA 30071


D & J Trucking
Attn: Officer or Managing Agent
PO Box 22034
St Louis, MO 63126


David J. Dale
Staub Anderson LLC
55 W. Monroe St., Suite 1925
Chicago, IL 60603


Deepa Pathuri
1211 Blue Bill Way
Normal, IL 61761


Esprit Stones Pvt Ltd
Attn: Officer or Managing Agent
SP1, Udyog Vihar, Sukher Industrial Area
Udaipur, Rajasthan, 313004
INDIA


Euro CKP Granito Natural
Attn: Officer or Managing Agent
Poligono Industrial de Ribadelouro Tui
Pontevedra Espana
SPAIN


GAP VII GB (St. Louis), LLC
Attn: Barry P. Marcus
c/o Greenfield Partners, LLC
2 Post Road West
Westport, CT 06880

Global Stone
Attn: Officer or Managing Agent
1-Sardar Sankar Road
Kolkata-700026 West Bengal
INDIA


Granitos Tena
Attn: Officer or Managing Agent
C/Zurbaran, 80-S/N Apartado De Correos 3
06450 Quintana de la Serena (Badajoz)
Espana


GTS Cargo
Attn: Officer or Managing Agent
6324 NW 97th Ave
Doral, Fl 33178


GUANGZHOU HERCULES QUARTZ STONE CO., LTD
Attn: Officer or Managing Agent
Wuxi Zhongluotan Town, Baiyun District
Guangzhou City Guangdong Province 510550
CHINA


Guidoni Mineracao Ltda
Attn: Officer or Managing Agent
Rodovia do Caf , Km 48 - Zona Rural
Sao Domingos do Norte ES 29745-000
BRAZIL


Guidoni Quartz Surfaces
Attn: Officer or Managing Agent
Rodovia Gehter Lopes de Farias, S/N-Km 4
Sao Domingos do Norte ES 29745-000
BRAZIL


Hari Hara Prasad Nallapaty
8610 S 212th Street
Kent, WA 98031


Illinois Dept. of Revenue
Attn Seth J. Schriftman, Asst AG
100 W. Randolph St., 7th Floor
Chicago, IL 60601

Illinois Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035


Interglobo Customs Broker Inc
Attn:  Officer or Managing Agent
4 Expressway Plaza
Roslyn Heights, NY 11577


J. Matthew Pfeiffer
Pfeiffer Law Offices
1725 S. Naperville Rd., Suite 205
Wheaton, IL 60189


John J. Fioretti
ABTV Receivership Services, LLC
6100 Fairview Road, Suite 565
Charlotte, NC 28210


Joseph M. Lischwe
Nelson Mullins Riley & Scarborough
4140 Parklake Ave., Suite 200
Raleigh, NC 27612


Justh Holdings, LLC
Attn: Hari Hara Prasad Nallapaty
8610 S 212th Street
Kent, WA 98031


Jyothi Granite Exports India Pvt Ltd
Attn:  Officer or Managing Agent
Saravana Complex, 3rd Fl, Door #37-2-172
Kurnool Road, Ongole, Prakasam District,
INDIA


Karen Kukulski & Thomas Kukulski
720 N. Loomis St.
Naperville, IL 60563


Lewis Rice LLC
Attn:  Officer or Managing Agent
600 Washington Ave #2500
St Louis, IL 60191

Madhucon
Attn: Officer or Managing Agent
1-7-70,madhu Complex
Jublipura KHAMMAM-507 003. Andhra Prades
INDIA


Marbrasa Marmores E Granitos Do Brasil
Attn: Officer or Managing Agent
Parque Ind. Melvin Jones S/N – Aeroporto
Cachoeiro de Itapemirim ES 29314-400
BRAZIL


Milgran Granitos
Attn: Officer or Managing Agent
Corrego Boa Esperanca - Zona Rural
Barra de Sao Francisco ES 29800-0000
BRAZIL


NSC Holdings, Inc.
c/o Chris Graebe
4350 Lassiter at North Hills Ave.
Suite 375
Raleigh, NC 27609


NVM Holdings, Inc.
c/o Vamsi Mohan Nallapati
501 S New Hope Rd
Raleigh, NC 27610-1479


Patrick D. Leonard
252 N. Myrtle
Elmhurst, IL 60126


PBA Stones
Attn: Officer or Managing Agent
Rod. BR 101 Norte, Km 245, Calogi-
Serra ES 29.176-015
BRAZIL


Prologis-North Carolina Limited Partners
Attn: Jeff Folkmann, SVP
6250 N. River Road
Suite 1100
Rosemont, IL 60018

Qualita Granitos E Marmores Ltda
Attn: Officer or Managing Agent
Rodovia BR 101 Norte, KM 283
Nova Rosa da Penha Cariacica ES 29157-40
BRAZIL


Rare Rocks
Attn: Officer or Managing Agent
D.NO-5-117 Kotakotla vari Street, Chimak
Prakasham Dist, Andhra Pradesh, 0523226
INDIA


Richard A. Mitchell
Arnall Golden Gregory LLP
171 17th St., NW
Suite 2100
Atlanta, GA 30363


RSG Stones
Attn: Officer or Managing Agent
B-25 Dev Nagar Tonk Road
Jaipur 302015
INDIA


Shree Ram Granites
Attn: Officer or Managing Agent
208, "Windfall" Sahar Plaza Complex, And
Andheri East, Mumbai 400 059
INDIA


SimbraEx Marmores
Attn: Officer or Managing Agent
Rodovia do Contorno s/n Soturno
Cachoeiro de Itapemirim ES
BRAZIL


Sprint
Attn: Box 481
2012 Corporate Lane, Suite 108
Naperville, IL 60563


Sreekanth Manam
340 Summerset Lane
Atlanta, GA 30328

Sri Chakri Nallapati
c/o Chris Graebe
4350 Lassiter at North Hills Ave
Suite 375
Raleigh, NC 27609


Srinivasa Challapalli
22656 Philomont Ridge Court
Ashburn, VA 20148


Stieper Law Offices, Ltd.
Attn: David Stieper
2500 West Higgins Rd., Suite 1200
Hoffman Estates, IL 60169-7243


Stone Profit Systems, Inc.
Attn: Accounting
1629 N. Ashland Ave
Chicago, IL 60622


Swift Freight USA
Attn: Officer or Managing Agent
523 Green Street
Iselin, NJ 08830


Toledo Granitos Do Brasil Ltda
Attn: Officer or Managing Agent
Rod. Barra de Sao Francisco x
Matena, KM 4,5 29800-000
BRAZIL


Tranzact Technologies, Inc.
Attn: Officer or Managing Agent
360 W. Butterfield Rd.
Elmhurst, IL 60126


Vamsi M. Nallapati
501 S New Hope Rd
Raleigh, NC 27610-1479


Venkateswara Rao Are
5724 Matterhorn Drive
Frisco, TX 75035

```
Vivid Cosmos Granite, LLC
Attn:  Officer or Managing Agent
1440 Westinghouse Blvd.
Suite G
Charlotte, NC 28273
```

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Cosmos Granite (Central), LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cosmos Granite (Central), LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CGM Group LLC**
**c/o John A.  Northen, Receiver**
**PO Box 2208**
**Chapel Hill, NC 27515-2208**

☐ None [*Check if applicable*]

**July 23, 2020**

Date

**/s/ John A. Northen**

**John A. Northen**

Signature of Attorney or Litigant

Counsel for   **Cosmos Granite (Central), LLC**

**Northen Blue, LLP**
**PO Box 2208**
**Chapel Hill, NC 27515**
**919-968-4441 Fax:919-942-6603**